SEYFARTH SHAW LLP
Jennifer R. Brooks (State Bar No. 305219)
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:  (713) 225-2300
Facsimile: (713) 225-2340

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RUSHING,<br><br>  Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; LENDINGCLUB CORPORATION,<br><br>  Defendants. | Case No. 2:22-cv-02016-MCE-DB<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>Judge:  Morrison C. England, Jr.<br><br>Magistrate:  Deborah Barnes |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby **ORDERED** that the Defendant Equifax Information Services LLC shall have up to and including December 28, 2022, in which to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: December 2, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE