Joel E. Tasca
Cal. State Bar No. 344697
tasca@ballardspahr.com
Peng Shao
Cal. State Bar No. 319624
shaop@ballardspahr.com
Ballard Spahr LLP
2029 Century Park E Suite 1400
Los Angeles, California 90067
(424) 204-4400

*Attorneys for Defendant*
*LendingClub Corporation*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA RUSHING,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; LENDINGCLUB CORPORATION,<br><br>Defendants. | CASE NO. 2:22-cv-02016-MCE-DB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR LENDINGCLUB CORPORATION TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Before the Court is the second Stipulation to Extend Time for LendingClub Corporation to Respond to Plaintiff's Complaint. Having reviewed the stipulation and good cause appearing, the Court GRANTS the stipulation and ORDERS that LendingClub shall have up to and including January 11, 2023, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: January 3, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE