1  Joel E. Tasca
   Cal. State Bar No. 344697
2  tasca@ballardspahr.com
   Peng Shao
3  Cal. State Bar No. 319624
   shaop@ballardspahr.com
4  Ballard Spahr LLP
   2029 Century Park E Suite 1400
5  Los Angeles, California 90067
   (424) 204-4400
6
   *Attorneys for Defendant*
7  *LendingClub Corporation*

8                **UNITED STATES DISTRICT COURT**

9      **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

10 JOSHUA RUSHING,                          CASE NO. 2:22-cv-02016-MCE-DB

11                 Plaintiff,               **ORDER GRANTING JOINT
                                            STIPULATION TO STAY ACTION
12         v.                               AND ARBITRATE CLAIMS
                                            BETWEEN PLAINTIFF AND
13 EQUIFAX INFORMATION                      LENDINGCLUB CORPORATION**
   SERVICES, LLC; EXPERIAN
14 INFORMATION SOLUTIONS, INC.;
   TRANS UNION, LLC;
15 LENDINGCLUB CORPORATION,

16                 Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

DMFIRM #405829767 v1

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California  90067-2915

Before the Court is the Joint Stipulation to Stay Action and Arbitrate Claims by Plaintiff Joshua Rushing ("Plaintiff") and Defendant LendingClub Corporation ("LendingClub").  ECF No. 26.  Having reviewed the stipulation, the Court hereby GRANTS the Joint Stipulation.  This action is hereby STAYED as to LendingClub only pending resolution of the arbitration.  Plaintiff and LendingClub are directed to file a joint status report not later than sixty (60) days after the date this Order is electronically filed and every sixty (60) days thereafter until the stay is lifted.  This action shall proceed against the remaining Defendants.

IT IS SO ORDERED.

DATED:  January 30, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915

DMFIRM #405829767 v1                                    1

ORDER GRANTING JOINT STIPULATION TO STAY ACTION AND ARBITRATE CLAIMS
BETWEEN PLAINTIFF AND LENDINGCLUB CORPORATION