Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Joshua Rushing

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA RUSHING, | Case No.: 2:22-cv-02016-MCE-DB |
| Plaintiff, | **ORDER** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et. al. | |
| Defendants. | |

Pursuant to the stipulation of the Parties and Federal Rule of Civil Procedure 41(a)(2), Defendant Experian Information Solutions, Inc. is hereby DISMISSED with prejudice.  Each party shall bear their own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  April 5, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE